IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JERRY ROGERS
ADC #147969                                                    PLAINTIFF

v.                         No. 4:26-cv-260-DPM-BBM

R. SMILEY, Deputy, Pulaski County
Regional Detention Center and ERIC
HIGGINS, Sheriff, Pulaski County                   DEFENDANTS

ORDER

Unopposed recommendation, *Doc. 11*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Rogers's sexual-abuse and sexual-harassment claim against Deputy Smiley in his individual capacity goes forward. His official-capacity claim is dismissed without prejudice for failure to state a claim for relief. The Court directs the Clerk to terminate Sheriff Higgins as a defendant in this case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 May 2026