# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**SHEQUITA L. JOINER**
ADC #709661                                                    **PLAINTIFF**

**v.**                          **No. 4:26-cv-515-DPM**

**TRUMAN YOUNG, Constable/Lead
Investigator, Columbia County Sheriff's
Office;  DAVID BUTLER, JR., Prosecuting
Attorney (Deceased), Columbia County;
ESTATE OF LARRY CHANDLER, Judge
(Deceased), Columbia County;  and
DAVID TALLEY, JR., Judge/Public
Defender, Columbia County**                      **DEFENDANTS**

## ORDER

Joiner submitted this 42 U.S.C. § 1983 case for filing in this district. From the facts that she alleged and the defendants that she named, venue properly lies in the District Court for the Western District of Arkansas.  28 U.S.C. § 1391(b).  The Court finds that the interests of justice would be best served by transferring this case.  28 U.S.C. § 1406(a).  The Court directs the Clerk to transfer the entire case file to the United States District Court for the Western District of Arkansas. The transfer is immediate because the receiving Court is also in the Eighth Circuit.  *Compare In re Nine Mile Limited*, 673 F.2d 242, 243 (8th Cir. 1982).

-2-

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 May 2026
_____