# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JERRY ROGERS                                                          PLAINTIFF
ADC #147969

v.                              No: 4:26-cv-260-DPM

R. SMILEY, Deputy, Pulaski County
Regional Detention Center                                            DEFENDANT

## ORDER

1.      The Court withdraws the reference.

2.      Rogers hasn't updated his address, *Doc. 16;* and his mail is still being returned undelivered.  *Docs. 17 & 18.*  His complaint and amended complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 July 2026