# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JERRY ROGERS**                                                    **PLAINTIFF**
**ADC #147969**

v.                          No: 4:26-cv-260-DPM

**R. SMILEY, Deputy, Pulaski County**
**Regional Detention Center and ERIC**
**HIGGINS, Sheriff, Pulaski County**

                                                        **DEFENDANTS**

## JUDGMENT

Rogers's complaint and amended complaint are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____13 July 2026_____